1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   STANLEY A. BOONE
3  Assistant U.S. Attorneys
   Robert E. Coyle Federal Courthouse
4  2500 Tulare Street, Room 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) CASE NO. 1:06-CR-00365 LJO
                                    )
11                                  )
                     Plaintiff,     ) STIPULATION TO CONTINUE
12                                  ) SENTENCING AND ORDER
          v.                        )
13                                  )
   ARMANDO FATHIC ABDALLAH,         )
14                                  )
                     Defendant.     )
15                                  )
   _____)
16

17

18      The parties herein, through their respective counsel, hereby

19 agree and stipulate to continue the sentencing hearing for

20 Defendant, ARMANDO FATHIC ABDALLAH, from September 24, 2010, to

21 March 11, 2011, at 8:30 a.m.

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1    Said continuance is necessary in order that the trial in this

2    matter currently set for February 7, 2011, be concluded before

3    sentencing, since Defendant will be testifying at the trial.

4    Dated: September 23, 2010          BENJAMIN B. WAGNER
                                         United States Attorney
5

6                                  By : /s/ Mark E. Cullers
                                         MARK E. CULLERS
7                                        Assistant U.S. Attorney

8    Dated: September 23, 2010

9                                  By : /s/ Jeffrey Hammerschmidt
                                         JEFFREY HAMMERSCHMIDT
10                                       Attorney for Defendant
                                         ARMANDO FATHIC ABDALLAH
11

12                              **<u>ORDER</u>**

13       GOOD CAUSE APPEARING it is hereby ordered that the sentencing

14   hearing for Defendant ARMANDO FATHIC ABDALLAH, currently scheduled

15   for September 24, 2010, is continued to March 11, 2011, at 8:30

16   a.m.

17   DATED: September 23, 2010.

18

19                                  /s/ Lawrence J. O'Neill
                                   LAWRENCE J. O'NEILL
20                                 U.S. DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28