IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cr-00365 |
| Plaintiff, ) | |
| vs. ) | |
| ARMANDO ABDALLAH, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the March 11, 2011 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on June 17, 2011 at 9:00 a.m.

Date: March 10, 2011____        /s/ Lawrence J. O'Neill_____
                                Hon. Lawrence J. O'Neill
                                U.S. District Judge

1