IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06-cr-00365 |
| Plaintiff, | ) |
| vs. | ) |
| ARMANDO ABDALLAH, | ) |
| Defendant | ) |

ORDER

IT IS ORDERED that the June 16, 2011 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on November 18, 2011 at 9:00 a.m.

Good Cause does exist.


Date: _June 14, 2011____          /s/ Lawrence J. O'Neill_____
                                  Hon. Lawrence J. O'Neill
                                  U.S. District Judge