Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Armando Abdallah

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ARMANDO ABDALLAH, <br> Defendant | Case No.: 1:06-cr-00365 <br><br> **STIPULATION AND ORDER REGARDING SENTENCING** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant ARMANDO ABDALLAH, and Henry Z. Carbajal III, Assistant United States Attorney, that the sentencing be continued from February 4, 2013 at 8:30 a.m., to March 4, 2013, at 8:30 a.m.

The reason for this request is defense counsel is in jury trial for Fresno County Superior Court Case No. F10902041. The trial began January 14, 2013 and is expected to conclude by February 22, 2013.

Dated: January 31, 2013        /s/ Henry Z. Carbajal III
                               Henry Z. Carbajal III
                               Assistant U.S. Attorney

Dated: January 31, 2013        /s/ Jeffrey T. Hammerschmidt
                               Jeffrey T. Hammerschmidt
                               Attorney for Defendant, Armando Abdallah

The February 4, 2013 sentencing date be vacated.

The sentencing will now occur on March 4, 2013 at 8:30 a.m.

Good cause exists due to the unavailability of defense counsel.

IT IS SO ORDERED.

Dated:   **January 31, 2013**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

2